UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-22188-CIV-MORENO**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DIMITRIOUS GULBALIS,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff, United States of America's Motion for Entry of Default Judgment **(D.E. No. 8)**, filed on **September 8, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant DIMITRIOUS GULBALIS for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendant DIMITRIOUS GULBALIS. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA and against Defendant DIMITRIOUS GULBALIS. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant the amount of **$40,011.56**, consisting of $27,749.26 in unpaid principal, plus the amount of $11,842.30 in interest accrued through September 3, 2008, in accordance with the supporting documentation attached as "Exhibit A" to

Plaintiff's Motion for Entry of Default Judgment, together with interest at the rate of 8.25% per annum on the unpaid principal to the date of this judgment, and together with attorney's fees and costs in the amount of $420.00. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, *et seq*., 28 U.S.C. §§ 3001-3307, and Fed. R. Civ. P. 69(a). For which sum let execution issue.

This case is CLOSED. All pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel and Parties of Record